PROBATION FORM NO. 35  
(DSC 8/17)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| v. | ) | |
| Andrew Graham | ) | Crim. No. 2:19CR00628-25 |

On January 30, 2023, the above-named individual was sentenced to a five-year term of supervised release. The term of supervision commenced on September 5, 2023. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(d).

Respectfully submitted,

Joseph James  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this __14th__ day of __January__, 20__25__.

Bruce Howe Hendricks  
United States District Judge